IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BIEL BIEL, PUOL PUOL, MAJOK BETHOW, JUSTIN BACK, JEREMY HAYES, AND HASSAN MUSA,<br><br>Defendants. | **8:25CR186**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 241). The Court reviews the record in this case and finds as follows:

1. On March 27, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting defendant Puol Puol and Biel Biel's, interest in a Glock 19X 9mm handgun (S/N: CBVK323), FNP 9mm handgun (S/N: 61BMR08935), Glock 27 .40 caliber handgun (S/N: NDE900), Glock 19 9mm handgun (S/N: MLS338), Glock 19 9mm handgun (S/N: XBN400), Glock 43 9mm handgun (S/N: AGDV266), Century Arms AK 7.62 rifle (S/N: SV7016585), and Custom Gun Solutions AR .223 rifle (S/N: CGS00183) (hereinafter "Subject Property") (Filing Nos. 114, 115).

2. On April 1, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting defendant Justin Back's, interest in the Subject Property (Filing No. 121).

3. On April 20, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting defendant Hassan Musa's, interest in the Subject Property (Filing No. 132).

4. On May 5, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting defendant Jeremy Hayes's, interest in the Subject Property (Filing No. 134).

5. On June 9, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting defendant Majok Bethow's interest in the FNP 9mm handgun, S/N: 61BMR08935 (Filing No. 162).

6. On August 21, 2026, the Court entered an Order dismissing the Glock 19 9mm handgun, S/N: MLS338 and a Glock 19 9 mm handgun, S/N: XBN400. (Filing No. 235).

7. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on August 5, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on November 23, 2026 (Filing No. 240).

8. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

9. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 241) is granted.

2. All right, title and interest in and to the Subject Property, held by any person or entity are forever barred and foreclosed.

3. The Subject Property is forfeited to the government.

4. The government is directed to dispose of the Subject Property in accordance with law.

Dated this 24th day of November 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge